In the Matter of the Application of Thomas Choisnet, Petitioner, for an Order against William Wilson, Commissioner of the Department of Housing and Buildings of the City of New York, Respondent, to Review a Determination by Said William Wilson, as Commissioner of the Department of Housing and Buildings.— Determination confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.; Dore, J., dissents and votes to annul the commissioner's determination. On the facts adduced the commissioner should have approved the recommendation of the trial commissioner dismissing the stated charges as not proved. It also appears that the commissioner in dismissing petitioner considered another charge that had not been made in any form whatever. (See *Matter of Meyer* v. *Goldwater*, 286 N. Y. 461; reargument denied, Id. 697.)

Anna Donato, Formerly Known as Anna Calandra, Appellant, v. Peter Gnazzo, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

Harry Wagner, Respondent, v. Grand Machinery Exchange, Inc., Herman Langleben and Jacob Goodman, Appellants.— Judgment unanimously modified by reversing the judgment against the defendant Grand Machinery Exchange, Inc., and dismissing the complaint against said defendant, with costs to the appellant Grand Machinery Exchange, Inc., and that the said judgment as so modified be and the same hereby is affirmed, with costs to the respondent against the appellants Herman Langleben and Jacob Goodman, upon the ground that there is insufficient proof of the corporation's liability to plaintiff. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

Harold Fields, Respondent, v. Joseph L. Rosenberg, Appellant.— Order unanimously modified so as to provide that there shall be paid at or before the examination, the sum of $200 to cover attorney's fees and disbursements, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

The Board of Education of the City of New York to the Use and Benefit of Grinnell Company, Inc., and of All Other Persons, Firms and Corporations Having Claims under the Performance Bond Executed by Robert W. Baylor as Principal and Standard Surety & Casualty Company of New York, as Surety and Furnished to the Board of Education of the City of New York,